No. 464.  MILLER *v.* ARROW.  February 1, 1943.  317 U. S. 695.

No. 565.  KERR *v.* JOHNSTON, WARDEN.  February 1, 1943.  317 U. S. 696.

No. 574.  HUMES *v.* MISSOURI SUPREME COURT ET AL. February 1, 1943.  317 U. S. 699.

No. 600.  HOLLEY *v.* LAWRENCE, WARDEN.  February 1, 1943.  317 U. S. 605.

No. 385.  NATURAL MILK PRODUCERS ASSOCIATION ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO ET AL.  February 1, 1943.  317 U. S. 423.

No. 226.  WATERMAN *v.* SOMERVELL ET AL.;

No. 903, October Term, 1941.  PEYTON *v.* RAILWAY EX-PRESS AGENCY ET AL.; and

No. 444.  O'KEITH *v.* JOHNSTON, WARDEN.  February 1, 1943.  Second petitions for rehearing denied.  317 U. S. 705, 710, 711.

No. —, original.  EX PARTE ORVILLE CHESTER GARRI-SON;

No. 78.  UNITED STATES *v.* MILLER ET AL.;

No. 87.  PUBLIC UTILITIES COMMISSION OF OHIO ET AL. *v.* UNITED FUEL GAS CO.;

No. 398.  KELLY *v.* JOHNSTON, WARDEN; and

No. 566.  LAFUENTE *v.* COUNTY OF LOS ANGELES.  February 8, 1943.  Petitions for rehearing denied.  MR. JUS-TICE MURPHY took no part in the consideration or decision of these applications.  317 U. S. 369, 456, 601, 698, 699.